UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Franklin Lee Osborne )
_____ )
                       )
_____ )
(Enter above the NAME of the )
plaintiff in this action.)   )         1:13-cv-372
                       )               Mattice / Carter
      v.               )
Rhea County Jail       )
_____ )
                       )
_____ )
(Enter above the NAME of each )
defendant in this action.)   )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ( )  NO (✓)

    B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to the previous lawsuit:

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Rhea County Jail

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (✓)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. Because They do not offer a grievance procedure

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? Wrote a letter to Jail Administrator with No response

2

2. What was the result? _No response_

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _Franklin Lee Osborne_
Present address: _128 oak grove rd Decatur, TN 37880_
Permanent home address: _128 oak grove rd Decatur, TN 37880_
Address of nearest relative: _128 oak grove rd Decatur, TN 37880_

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _Garland Wilkey_
Official position: _Seargant_
Place of employment: _Rhea County Jail_
C. Additional defendants: _Melba Huffman_

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.) _During My stay here at Rhea County Jail My Medically_

3

Issued Cane. In which was issued by Head Doctor at TDOC facility Morgan County Correctional Complex was taken for the simple reason that ~~he~~ Mr. Wilkey said I did not need it. Which resulted in pain, discomfort and suffering from having to walk in shackles and having to jump up and down from a top bunk. Which I am not suppose to be on because I am a Class B-medical with an State Issued AVO ordered from Morgan county correctional complex this year

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

To grant me an Indigent status. To Grant me a motion of relief and to give me the information on how to get counsel appointed for an Indigent Inmate.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 10/31/13 day of October, 20 13.

_____
Signature of plaintiff(s)

5