UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| FRANKLIN LEE OSBORNE | ) |
| | ) No. 1:13-CV-372 |
| *Plaintiff,* | ) *Mattice/Carter* |
| v. | ) |
| | ) |
| SERGEANT GARLAND WILKEY; | ) |
| JAIL ADMINISTRATOR MELBA | ) |
| HUFFMAN; | ) |
| | ) |
| *Defendants.* | ) |

## FINAL JUDGMENT

For the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's § 1983 amended complaint is **DISMISSED WITH PREJUDICE** *sua sponte* in its entirety for failure to state a claim upon which relief can be granted pursuant to Title 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) ( Doc. 7).

It is **FURTHER ORDERED** that upon carefully reviewing this complaint pursuant to 28 U.S.C. § 1915(a) (3), this Court hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. See Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the case.

ENTER:

                                      */s/ Harry S. Mattice, Jr.*
                                     HARRY S. MATTICE, JR.
                                     UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   *s/ Debbie Poplin*
 CLERK OF COURT